UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WILLIAM EDGAR STEPHENS III,** *Plaintiff,* **VERSUS** **TAKE PAWS RESCUE and MONIQUE BONNAFFONS** *Defendants*. | **CIVIL ACTION: 2:21-CV-01603** **SECTION: "R"** **JUDGE SARAH S. VANCE** **MAGISTRATE JUDGE DANA DOUGLAS** |

## NOTICE OF MANUAL ATTACHMENT

The Exhibit attached to the Joint Motion to Approve Confidential Settlement Agreement and Enter Stipulation of Dismissal with Prejudice will be submitted to the Clerk of Court manually.

The foregoing documents are Confidential and will be submitted to the Clerk of Court. Additionally, duplicate copies of the foregoing manual attachments will be delivered to chambers.

Respectfully submitted,

*/s/ Blair E. Boyd*_____
**ELLIS B. MUROV (09839)**
emurov@deutschkerrigan.com
**BLAIR E. BOYD (39410)**
bboyd@deutschkerrigan.com
**DEUTSCH KERRIGAN, L.L.P.**
755 Magazine Street
New Orleans, LA 70130
Telephone: 504 581 5141
*Counsel for Defendants, Take Paws Rescue and Monique Bonnaffons*

1