UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WILLIAM EDGAR STEPHENS III,** *Plaintiff,* VERSUS **TAKE PAWS RESCUE and MONIQUE BONNAFFONS** *Defendants.* | CIVIL ACTION: 2:21-CV-01603 SECTION: "R" JUDGE SARAH S. VANCE MAGISTRATE JUDGE DANA DOUGLAS |

## CONFIDENTIAL RECEIPT AND RELEASE

This Confidential Receipt and Release ("Agreement") is entered into in New Orleans, Louisiana, this 27 day of January, 2022, by Plaintiff, William Edgar Stephens, III and Defendants, Take Paws Rescue and Monique Bonnaffons, as defined below.

As used herein:

- The term "Take Paws" refers to Take Paws Rescue as well as its past, present and future owners (including but not limited to Monique Bonnaffons), representatives, agents, administrators, employees, servants, heirs, successors, legatees, officers, directors, general partners, limited partners, stockholders, attorneys, insureds, insurers, indemnitors, assigns, predecessors/successors in interest, parent or affiliate, subsidiary organizations or corporations and any and all persons, firms, or corporations, in privity therewith;

- The term "Bonnaffons" refers to Monique Bonnaffons, individually, as well as her executors, heirs and assigns.

- The term "Plaintiff" refers to William Edgar Stephens, III, as well as his legal representatives and/or assigns.

- The term "Plaintiff's Counsel" refers to the law firms of AMO Trial Lawyers, LLC and HMS Law Firm, including Ryan P. Monsour, Preston L. Hayes, Zachary R. Smith, and Barry W. Sartin.

**I.**

***Receipt and Acknowledgment of Payment.*** For and in consideration of the payment of all sums described and set forth in attached Exhibit 1, which shall be placed under seal, the sufficiency and receipt of which is hereby acknowledged by Plaintiff and Plaintiff's Counsel, Plaintiff agrees to dismiss with prejudice the case *William Edgar Stephens, III v. Take Paws Rescue and Monique Bonnaffons,* Case No. 2:21-CV-01603 on the docket of the United States District Court for the Eastern District of Louisiana (the "Suit"), and to never bring or maintain any other administrative action or suit in city, state or federal court, as well as before the American Arbitration Association, relating to, as well as arising out of the claims asserted in *William Edgar Stephens, III v. Take Paws Rescue and Monique Bonnaffons,* Case No. 2:21-CV-01603 on the docket of the United States District Court for the Eastern District of Louisiana and otherwise arising out of working or volunteering at Take Paws Rescue.

**II.**

***Release.*** In further consideration of the payment of the sums described in attached Exhibit 1, Plaintiff, as well as his successors, spouse, executor, heirs and assigns, hereby remises, releases and forever discharges Take Paws and Bonnaffons from liability for any and all claims, demands, suits and causes of action of whatever nature, *in personam, in rem,* in law, or in equity, whether growing out of age discrimination, COBRA, compensation, contract, disability discrimination, Employee Retirement Income Security Act ("ERISA"), Fair Labor Standards Act ("FLSA"), Family and Medical Leave Act ("FMLA"), intentional infliction of emotional distress, national origin discrimination, race discrimination, religious discrimination, retaliation, sex discrimination, tort, whistleblowing, workers compensation or otherwise, including, but not limited to, all claims and causes of action under 29 U.S.C. §201, *et seq.*; 29 U.S.C. § 621, *et seq.*; 29 U.S.C. §1001, *et seq.*, including, but not limited to, 29 U.S.C. §§1132 and 1140, 29 U.S.C. §1161, *et seq.*; 29 U.S.C.

§ 2601, *et seq.*; 42 U.S.C. § 1981; 42 U.S.C. § 1981a; 42 U.S.C. § 2000e, *et seq.*; 42 U.S.C. § 12101, *et seq.*; La. R.S. 23:301, *et seq.*; La. R.S. 23:631, *et seq;* La. R.S. 23:1031, *et seq.*; as well as any other federal, state, and/or local laws, ordinances, rules, regulations, and/or orders which may have afforded Plaintiff a cause of action against Take Paws and/or Bonnaffons for wages, monies, damages, compensatory damages, mental anguish damages, punitive damages, statutory penalties, medical benefits or payments, disability benefits or payments, life insurance benefits or payments, retirement benefits or payments, interest, costs, attorney fees, injunctive relief, declaratory relief, and/or other legal remedy or legally recoverable category of damages which Plaintiff has ever had, now has, or may hereinafter have, growing out of or in any way connected directly or indirectly to the Suit and/or association with Take Paws.

### III.

***Confidentiality.*** In further consideration of the payment of the sum set forth in attached Exhibit 1, Plaintiff agrees to keep and protect the terms and conditions of this Agreement, including any and all settlement offers, counter-offers, and negotiations preceding this Agreement strictly confidential, and, will not display, discuss, publicize, represent or misrepresent any or all of the terms of this Agreement, the fact that a settlement was reached, any allegation, assertion, claim, or contention raised in the Suit, or Plaintiff's association with Take Paws Rescue, without the written consent of Take Paws Rescue and Bonnaffons. The only exceptions to this clause pertain to the provision of necessary and essential information to (a) tax and legal advisors, if they agree to maintain such confidentiality; (b) the Internal Revenue Service; and (c) to engage in an action to enforce the terms of this agreement. Plaintiff, Plaintiff's Counsel, Take Paws Rescue, and Bonnaffons agree that the only statement each will make to any person other than his/her

attorneys about the instant Suit from this date forward is: "The Suit has been resolved and dismissed." The Parties acknowledge that Confidentiality is a material part of this Agreement and that it is the intention of the parties to ensure strict confidentiality of the terms of this Agreement and the subject matter of the Suit, to the greatest extent possible.

IV.

*Stipulated Damages.* It is agreed and stipulated by all Parties that a breach of this Agreement by the Plaintiff will cause certain damages to Take Paws Rescue and Bonnaffons. Accordingly, in the event that this Agreement is in any way breached, Plaintiff agrees to pay stipulated damages in the amount of actual damages to be assessed, per breach. Due to the difficulty of proving precise damages, the Parties agree that discretion shall be left to the Court for the reasonable assessment of these damages. Furthermore, if it is necessary for the Released Parties to enforce this contract in any court, Plaintiff agrees to pay the Released Parties' reasonable attorney's fee and court costs. A breach is defined as failure to observe any of the provisions contained in this Agreement, including but not limited to Paragraphs III.

V.

*Denial of Liability.* Plaintiff further understands and agrees that the payment made herein is not to be construed as an admission of liability on the part of Take Paws and Bonnaffons by whom liability is and has been expressly denied. Rather, the payment made herein is solely motivated by the desire to avoid additional costs, attorney fees and the expenditure of time and energy plus the distraction to the Take Paws Rescue employees and volunteers.

VI.

*No Reinstatement.* In further consideration for payment of the sums described in attached Exhibit 1, Plaintiff, agrees never to seek reinstatement and/or employment with Take Paws Rescue

or any affiliated entity in the future. Plaintiff understands that should he, seek reinstatement, this Receipt and Release shall constitute a complete bar and defense to said application, as well as justification for Take Paws Rescue's refusal to rehire or reinstate him.

## VII.

***Comprehension of Documents and Advice of Counsel.*** Plaintiff, acknowledges that he has , in the presence of his attorneys read this Receipt and Release and that he knows that he is releasing, discharging, and giving up all of his rights, causes of action, claims, and demands as set forth in Paragraph II above against Take Paws and Bonnaffons, and that he does so willingly, freely, without duress or promise, after having had explained to him by his Counsel his legal rights under all applicable laws.

Plaintiff, Take Paws Rescue, and Bonnaffons represent and agree that they have had adequate opportunity to read and study the Receipt and Release; that they have had the opportunity to consult with and thoroughly discuss all aspects of this Receipt and Release with their counsel; that they have carefully read and fully understand all of the provisions of this Receipt and Release; that they have not been under any duress, coercion or undue influence in connection with the negotiation of the terms of this Receipt and Release; and that they are voluntarily entering into this Receipt and Release.

Plaintiff further agrees that if he brings an action against Take Paws Rescue and/or Bonnaffons contrary to the terms of this Release (except an action to enforce this Release), or otherwise violate the provisions of this Release which results in any claim(s), lawsuit or cause of action against Take Paws Rescue and/or Bonnaffons, he will pay all costs, damages, and expenses of defending the suit incurred by Take Paws and/or Bonnaffons, including reasonable attorneys' fees and court costs.

This is the entire agreement and there are no other promises, agreements or understandings that are not contained herein. Further, this Receipt and Release cannot be altered by oral agreement. Moreover, no party has relied upon any representation or statement, other than the specific statements set forth in this Receipt and Release, by the other person or party as a basis for entering into this Receipt and Release.

## VIII.

*Severability.* Should any provision of this Receipt and Release be declared or be determined by any court to be illegal or invalid, the validity of the remaining parts, terms or provisions shall not be affected thereby and said illegal or invalid part, term, or provision shall be deemed not to be part of this Receipt and Release.

## IV.

In the event of any dispute or action arising out of this Agreement, Louisiana law shall apply, and the dispute shall be resolved in the United States District Court for the Eastern District of Louisiana.

THIS DONE AND PASSED in __METAIRIE, LA__ on the __27__ day of __January__, 202_2_, in the presence of the undersigned witnesses, who have hereunto subscribed their names, together with the said appearers and me, Notary, after a reading of the whole.

WITNESSES:

___[signature]___  
print:

___[signature]___  
WILLIAM EDGAR STEPHENS, III

___Jennifer Folger___  
print: ___[signature]___  
Nathalia Motta

Page 6 of 8

SWORN TO AND SUBSCRIBED BEFORE ME, THIS __27__ DAY OF __JANUARY__, 202__2__.

_____
NOTARY PUBLIC
Printed Name: RYAN MONCOUR
Bar/Notary # 33286

THIS DONE AND PASSED in __New Orleans, LA__ on the __17th__ day of __February__, 202__2__, in the presence of the undersigned witnesses, who have hereunto subscribed their names, together with the said appearer and me, Notary, after a reading of the whole.

WITNESSES:

_____
print: Blair Boyd

_____
print: Bob Wolfe

TAKE PAWS RESCUE, by: _____
Monique C. Bonnaffons

SWORN TO AND SUBSCRIBED BEFORE ME, THIS __17th__ DAY OF __February__, 202__2__.

_____
NOTARY PUBLIC
Printed Name: Megan Demouy Champagne
Bar/Notary # 37095


MEGAN P. DEMOUY
Notary Public
State of Louisiana
Orleans Parish
Notary ID # 150440; LA BAR # 37095
My Commission is for Life

Page 7 of 8

THIS DONE AND PASSED in New Orleans, LA on the 17th day of February, 2022, in the presence of the undersigned witnesses, who have hereunto subscribed their names, together with the said appearer and me, Notary, after a reading of the whole.

WITNESSES:

_____
print: Blair Boyd

_____
MONIQUE BONNAFFONS
Monique Bonnaffons

_____
print: Dianne Kimble

SWORN TO AND SUBSCRIBED BEFORE ME, THIS 17th DAY OF February, 2022.

_____
NOTARY PUBLIC
Printed Name: Megan Demouy Champagne
Bar/Notary # 37095

MEGAN P. DEMOUY
Notary Public
State of Louisiana
Orleans Parish
Notary ID # 150440; LA BAR # 37095
My Commission is for Life

Page 8 of 8

EXHIBIT 1

PLAINTIFF hereby acknowledges receipt on this date of the payment of the collective sum of TWENTY THOUSAND AND 00/100 DOLLARS ($20,000.00), which sum is paid on behalf of the RELEASED PARTIES herein.



```
                                                              755 Magazine Street
                                                              New Orleans, LA  70130
                                                              T. 504-593-0602
                                                              F. 504-566-1201
                                                              bboyd@deutschkerrigan.com
```

Blair E. Boyd

April 1, 2022

Clerk of Court
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, Louisiana 70130

Re:   *William Edgar Stephens III v. Take Paws Rescue and Monique Bonnaffons*,
      No. 2:21-CV-01603

Dear Sir/Madam:

Attached please find Confidential Settlement Agreement to be filed under seal.

Respectfully,

**Blair E. Boyd**

cc:   Honorable Sarah S. Vance
      w/encls.

11925725

Deutsch Kerrigan, L.L.P.